# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. FOREST SERVICE )<br>)<br>Defendant. ) | Case No. 1: 24-cv-0037 (JDB) |

## NOTICE OF SETTLEMENT

Defendant respectfully submits this notice to inform that Court that the parties have reached a settlement that has been reduced to writing and signed by the parties. They anticipate that they will be filing a Stipulation of Dismissal shortly. Considering the foregoing, it appears that the need for the Status Conference scheduled for tomorrow has been obviated and should perhaps be vacated. The parties await further direction from the Court.

Date: March 9, 2026
Washington, DC

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Kenneth Adebonojo
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2562

*Attorneys for the United States of America*

1